# Exhibit 2

PRESS RELEASES / CIVIC ACCESS / CIVIL RIGHTS / ELECTIONS / NEWS / VOTING RIGHTS

# Voting Rights Groups **Call for Extension of Florida Voter Registration Deadline**

October 7, 2024          <u>Back to News</u> ›



**FOR IMMEDIATE RELEASE** October  7, 2024

Contact: Larry Hannan/State Voices Florida

<u>l</u>hannan@statevoicesfl.org /(239) 253-8952

Michael Krumholtz/ All Voting is Local

<u>Michael@allvotingislocal.org</u> / (202) 640-1350

**Tallahassee, FL** – Today is the deadline to register to vote in Florida. But many communities across the state are still struggling to recover from Hurricane Helene and Hurricane Milton is projected to make landfall Wednesday on the central Gulf Coast. Due to these unique circumstances, a broad coalition of voting rights organizations are calling for the State to indefinitely extend the deadline to register to vote in all Florida counties until Milton has passed and everything has stabilized.

It is unreasonable to expect people to focus on registering to vote with multiple storms wreaking havoc in Florida. Floridians who are still recovering from Hurricane Helene are today preparing for Milton; they can not and should not be expected to have to meet a voter registration deadline today.  It is unfair to disenfranchise newly arrived Floridians, people who have just reached the legal age to vote, and others who need to register to vote in Florida due to the impacts of natural disasters that are beyond their control. We therefore urge Governor Ron DeSantis, Secretary of State Cord Byrd, and others to pause the deadline.

We previously sent the attached letter to the Governor and state officials expressing our concerns about Hurricane Helene's impact on Floridians' ability to participate in the 2024 General Election. While Executive Order 24-212 addressed some of these issues, it fell short of offering all of the necessary solutions. With Milton now threatening a second devastating blow, our concerns are amplified. Two hurricanes in three weeks, with densely populated areas like Pinellas and Hillsborough counties projected to sustain a second serious hit, requires unique and urgent action.

We strongly encourage the Governor, Secretary of State, and other election officials to take these concerns seriously and prioritize the voting rights of all Floridians during this critical time.

The undersigned organizations support this request:

Advancement Project

State Voices Florida

All Voting is Local

Black Voters Matter

Central Florida Jobs with Justice

Common Cause Florida

Disability Rights Florida

Dream Defenders Education Fund

Florida Rising Together

Fair Elections Center

Florida National Organization for Women

Voices of Florida Fund

Faith in Florida

Florida Coalition

Florida For All Education Fund

Florida State Conference NAACP

Florida Student Power Network

Florida VoteRiders

Future Coalition

Equal Ground Education Fund

Harriet Tubman Freedom Fighters

LatinoJustice PRLDEF

League of  Women Voters of Florida

The Northside Coalition of Jacksonville

Southern Poverty Law Center

Community Justice Project, Inc.

1199 SEIU Florida

Palm Beach County Voting Rights Coalition

ACLU of Florida

Hot 407 Foundation

Progress Florida

Mi Familia En Accion

Legal Defense Fund

Lawyers' Committee for Civil Rights Under Law

Asian American Pacific Islanders Coming Together

National Council of Jewish Women

Letitia Harmon/ Florida Rising

letitia@floridarising.org/ (816) 304-0330

###

