# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND and FLORIDA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of the State of Florida, and CORD BYRD, in his official capacity as Secretary of the State of Florida<br><br>*Defendants.* | **CASE NO.** click to insert case number<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

This matter having come before the Court on Plaintiffs', the League of Women Voters of Florida, Inc., the League of Women Voters of Florida Education Fund (collectively "LWVFL" or "the League"), and the Florida State Conference of the National Association for the Advancement of Colored People ("FL NAACP"), Emergency Motion for Temporary Restraining Order and Preliminary Injunction and for Order to Show Cause against Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, and Cord Byrd, in his official capacity as Secretary of State of the State of Florida,

1

the Court having considered the Complaint, the Motion and supporting Memorandum of Law, and the declarations and documents filed in support of the Motion, and upon notice to Defendants,

    IT IS ORDERED that the Motion is GRANTED as follows:

    1.    Pursuant to Civil Rule 65, Defendants and persons acting in concert with Defendants, are hereby RESTRAINED and ENJOINED, until such date upon which Plaintiffs' application for a preliminary injunction may be heard, from any of the following acts:

        (a)    From closing voter registration, or refusing to accept otherwise proper voter registration forms, in Florida prior to the close of business, ten days from the date of reopen, from October___, 2024 to October___, 2024.

    2.    Pursuant to Civil Rule 65(c), the Court finds that a bond is unnecessary and would not be in the public interest to require under the circumstances of this litigation.

    3.    Defendants shall appear before this Court on October ___, 2024, at _____ a.m./p.m., before the Honorable Judge _____, and at such time show cause why a preliminary injunction should not issue as requested by Plaintiffs.

    ENTERED this _____ day of October, 2024.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE