IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC. et al.,

      Plaintiffs,

v.                                            CASE NO. 4:24cv412-RH-MJF

RON DESANTIS et al.,

      Defendants.

_____/

## ORDER SETTING A HEARING

The plaintiffs have moved for a temporary restraining order and preliminary injunction. This order sets a prompt hearing. An additional hearing may be set later if necessary to allow each side to have a full and fair opportunity to address the issues.

      IT IS ORDERED:

      1. By separate notice, the clerk must set a hearing for today at 3:00 p.m. Each side must have at least one attorney present at the hearing. Additional attorneys for parties may monitor the hearing by telephone, so long as at least one attorney for the same party attends in person.

Case No. 4:24cv412-RH-MJF

2. The plaintiffs' attorneys must attempt to learn the identity of the defendants' attorneys as soon as possible. The plaintiffs' attorneys must provide to the defendants' attorneys, immediately upon learning their identity—or, if their identities are already known, immediately upon receipt of this order—copies of:

- the complaint,
- the motion and supporting papers,
- this order.

Copies must be provided by the most expeditious feasible method.

3. The attorneys should expect to address at the hearing, and should if feasible confer prior to the hearing, on the need for and scheduling of any additional hearing and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

4. The attorneys for all parties may confer on the date and time of the hearing set by this order. The hearing will be moved to another date and time this week if all parties agree. The attorneys may advise the courtroom deputy clerk by telephone of any agreement to reschedule the hearing.

SO ORDERED on October 9, 2024.

s/Robert L. Hinkle
United States District Judge

Case No. 4:24cv412-RH-MJF