# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC. et al.,

    *Plaintiffs,*

v.                                            CASE No. 4:24-cv-412-RH-MJF

RON DESANTIS, et al.,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Date: October 9, 2024                    Respectfully submitted,
                                                    */s/ Ashley E. Davis*
                                                    ASHLEY E. DAVIS (FBN 48032)
                                                    *Chief Deputy General Counsel*
                                                    ashley.davis@dos.fl.gov
                                                    jenna.mclanahan@dos.fl.gov
                                                    FLORIDA DEPARTMENT OF STATE
                                                    R.A. Gray Building, Suite 100
                                                    500 South Bronough Street
                                                    Tallahassee, Florida 32399-02
                                                    Phone: (850) 245-6536
                                                    Fax: (850) 245-6125

                                                    *Counsel for Florida Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October 2024, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

/s/ *Ashley E. Davis*
Attorney