# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC. et al.,

    Plaintiffs,

v.                               CASE NO. 4:24cv412-RH-MJF

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING
## ORDER AND PRELIMINARY INJUNCTION

For the reasons set out on the record of the hearing on October 9, 2024,

IT IS ORDERED:

1. The plaintiffs' motion for a temporary restraining order or preliminary injunction, ECF No. 3, is denied.

2. The deadline for the Federal Rule of Civil Procedure 26(f) attorney conference is November 18, 2024.

SO ORDERED on October 9, 2024.

                                          s/Robert L. Hinkle
                                          United States District Judge